RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Chief Trial Attorney (93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
RICHARD D. NORTH, Deputy City Attorney (225617)
Office of the City Attorney
200 East Santa Clara Street
San José, California 95113-1905
Telephone Number: (408) 535-1900
Facsimile Number: (408) 998-3131
E-Mail Address: cao.main@sanjoseca.gov

*E-FILED - 10/5/09*

Attorneys for CITY OF SAN JOSE; CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS; POLICE OFFICER RODRIGUEZ #2360

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| MARC L. PINCKNEY,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SAN JOSE; CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS in his individual capacity and official capacity as Chief of Police for the CITY OF SAN JOSE; POLICE OFFICER RODRIGUEZ #2360, and DOES 1-20, inclusive,<br>Defendants. | Case Number: C08-04485 RMW<br><br>**STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING DATE: BRIEFING SCHEDULE AND ORDER**<br><br>Date: October 16, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Ronald M. Whyte<br>Room: 6 |

Plaintiff MARC L. PINCKNEY ("Plaintiff") and defendants CITY OF SAN JOSE, CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS and POLICE OFFICER RODRIGUEZ #2360 ("Defendants") (collectively, the "Parties") hereby stipulate as follows:

WHEREAS, Defendants served Plaintiff with their motion for summary judgment on September 11, 2009;

WHEREAS, Defendants' motion for summary judgment is currently calendared for hearing on October 16, 2009;

1

1  WHEREAS, Plaintiff's opposition brief is currently due on September 25, 2009 and
2  Defendants' reply brief is currently due on October 2, 2009;
3  WHEREAS, Plaintiff represented to Defendants' counsel by voicemail on
4  September 21, 2009 that: (a) the Court intended to continue the case management
5  conference scheduled for October 16, 2009 to a later date, possibly October 30, 2009;
6  and (2) Plaintiff wished to stipulate to an extension of time to file his opposition;
7  WHEREAS, Plaintiff represented to Defendants' counsel on September 22, 2009
8  that he wished for an extension of time to file his opposition so as not to encroach upon
9  planned vacation activity;
10 WHEREAS, based upon Plaintiff's representations, Defendants agreed to stipulate
11 to a brief continuation of the summary judgment hearing date with an accordant briefing
12 schedule in conformity with the Court's Local Rules;
13 THEREFORE, the Parties hereby stipulate as follows:
14 Subject to the Court's allowance, the summary judgment hearing date shall be
15 continued to ~~xxxxxxxxx~~ December 11, 2009 at 9:00 a.m., with Plaintiff's opposition brief to be served on (jg)
16 or before October 9, 2009 and Defendants' reply brief to be served on or before October
17 16, 2009. The Parties' respective briefs shall be served in their entirety via either email in
18 .pdf format or facsimile, and hard copy sent the same day by U.S. Mail.

Respectfully submitted,

Dated: September 24, 2009

RICHARD DOYLE, City Attorney

By: _____
    RICHARD NORTH
    Deputy City Attorney

Attorneys for CITY OF SAN JOSE; CITY
OF SAN JOSE CHIEF OF POLICE
ROBERT DAVIS; POLICE OFFICER
RODRIGUEZ #2360

2

STIPULATION TO CONTINUE SUMMARY JUDGMENT
HEARING DATE; BRIEFING SCHEDULE

C08-04485 RMW
590816.doc

1
2   Dated: Oct 25, 2009
3
4
5
6   **IT IS SO ORDERED**
7
8
9   Dated: 10/5, 2009
10
11
...
28

Respectfully submitted,

By: _____
MARC L. PINCKNEY
Plaintiff In Pro Per

The Case Management Conference is also continued to December 11, 2009 @ 10:30 a.m. A Joint CMC Statement is due December 4, 2009.

*Ronald M. Whyte*
HON. RONALD M. WHYTE

3

STIPULATION TO CONTINUE SUMMARY JUDGMENT
HEARING DATE; BRIEFING SCHEDULE

C08-04485 RMW
590816.doc


**PROOF OF SERVICE**

CASE NAME: *Marc L. Pinckney v. City of San José, et al.*
CASE NO.: C08-04485 RMW

I, the undersigned declare as follows:

I am a citizen of the United States, over 18 years of age, employed in Santa Clara County, and not a party to the within action. My business address is 200 East Santa Clara Street, San José, California 95113-1905, and is located in the county where the service described below occurred.

On **September 25, 2009**, I caused to be served the within:

**STIPULATION TO CONTINUE SUMMARY JUDGMENT HEARING DATE; BRIEFING SCHEDULE**

☒ by MAIL, with a copy of this declaration, by depositing them into a sealed envelope, with postage fully prepaid, and causing the envelope to be deposited for collection and mailing on the date indicated above.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. Said correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

☒ by E-MAIL, with a copy of this declaration, by electronically transmitting the moving papers to the e-mail addresses indicated below:

Addressed as follows:

Marc L. Pinckney                               Plaintiff in Pro Per
4660 La Jolla Village Drive
Fifth Floor, PMB# 50077
San Diego, CA 92122

PHONE:   (408) 857-0880
EMAIL:   marcpinckney@gmail.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **September 25, 2009**, at San José, California.

*Beverly Troxel* (signature)
Beverly Troxel

PROOF OF SERVICE –