**E-FILED on** 1/6/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARC L. PINCKNEY, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN JOSE, CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS in his individual capacity and official capacity as Chief of Police for the CITY OF SAN JOSE, POLICE OFFICER RODRIGUEZ #2360, individually, and DOES 1 through 20, <br><br> Defendants. | No. C-08-04485 RMW <br><br><br> JUDGMENT |

On January 5, 2010, the court granted summary judgment in favor of defendants on all of plaintiff's claims. Therefore,

IT IS HEREBY ordered adjudged and decreed that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED: 1/6/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-4485 RMW
TER

**Notice of this document has been sent to:**

**Plaintiff (pro se):**

Marc Leroy Pinckney					marcpinckney@gmail.com

**Counsel for Defendants:**

Clifford S. Greenberg				cao.main@sanjoseca.gov
Richard D. North					cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 1/6/10					TER
							**Chambers of Judge Whyte**