**E-FILED on** ___1/6/10___

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARC L. PINCKNEY, | No. C-08-04485 RMW |
| Plaintiff, | |
| v. | JUDGMENT |
| CITY OF SAN JOSE, CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS in his individual capacity and official capacity as Chief of Police for the CITY OF SAN JOSE, POLICE OFFICER RODRIGUEZ #2360, individually, and DOES 1 through 20, | |
| Defendants. | |

On January 5, 2010, the court granted summary judgment in favor of defendants on all of plaintiff's claims. Therefore,

IT IS HEREBY ordered adjudged and decreed that plaintiff take nothing by way of his complaint and that judgment be entered in favor of defendants.

DATED:     1/6/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-4485 RMW
TER

**Notice of this document has been sent to:**

**Plaintiff (pro se):**

Marc Leroy Pinckney			marcpinckney@gmail.com

**Counsel for Defendants:**

Clifford S. Greenberg			cao.main@sanjoseca.gov
Richard D. North			cao.main@sanjoseca.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   1/6/10                                                                       TER
                                                                             **Chambers of Judge Whyte**