RICHARD DOYLE, City Attorney (88625)
NORA FRIMANN, Chief Trial Attorney (93249)
CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
RICHARD D. NORTH, Deputy City Attorney (225617)
Office of the City Attorney
200 East Santa Clara Street, 16th Fl.
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

*E-FILED - 2/10/10*

Attorneys for CITY OF SAN JOSE; CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS; POLICE OFFICER RODRIGUEZ #2360

UNITED STATES DISTRICT COURT

COUNTY OF SANTA CLARA

SAN JOSE DIVISION

| | |
|---|---|
| MARC L. PINCKNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAN JOSE; CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS in his individual capacity and official capacity as Chief of Police for the CITY OF SAN JOSE; POLICE OFFICER RODRIGUEZ #2360, and DOES 1-20, inclusive,<br><br>　　　　　Defendants. | Case Number:  C08-04485 RMW<br><br>**STIPULATION AND** XXXXXXXXX **ORDER** |

　　　　The City of San Jose, Chief of Police Robert Davis and police officer Rodriguez (#2360), defendants in the above-captioned matter, and plaintiff Marc L. Pinckney, do hereby agree and stipulate as follows, and request the Court order same.

　　　　This stipulation is based on the following facts and circumstances:

　　　　The aforementioned defendants moved for, and were granted, summary judgment on all of plaintiff's claims against them;

Plaintiff has a right to appeal the Court's ruling on said defendants' motion for summary judgment;

The aforementioned defendants have filed a bill of costs.

The parties have agreed and stipulate to a mutual waiver of fees and costs, and plaintiff further stipulates and agrees to waive his right to appeal the decision of this Court with respect to the City of San Jose, Chief of Police Robert Davis and police officer Rodriguez (#2360).

Based on the foregoing, it is stipulated as follows:

1. Defendants City of San Jose, Chief of Police Robert Davis and police officer Rodriguez (#2360) hereby withdraw their Bill of Costs;

2. Plaintiff hereby waives all rights to appeal the Court's grant of summary judgment to defendants City of San Jose, Chief of Police Robert Davis and police officer Rodriguez (#2360);

3. Plaintiff and the aforementioned defendants all to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: February 9, 2010

Respectfully submitted,

RICHARD DOYLE, City Attorney

By: _____
RICHARD D. NORTH
Deputy City Attorney

Attorneys for CITY OF SAN JOSE; CITY OF SAN JOSE CHIEF OF POLICE ROBERT DAVIS; POLICE OFFICER RODRIGUEZ #2360

Dated: February 3, 2010

Respectfully submitted,

By: _____
MARC L. PINCKNEY

In *pro per*

**ORDER**

Based on the forgoing stipulation of the parties, the Court does hereby adopt said stipulation and makes same an order of this Court.

Date: 2/9 , 2010

*Ronald M. Whyte*
JUDGE RONALD M. WHYTE
U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA